UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

**PHYSICIANS' INSURANCE EXCHANGE RESOURCE,**

                        **Plaintiff,**

            - against -

**INTEGRO USA INC., d/b/a INTEGRO INSURANCE BROKERS,**

                        **Defendant.**

No. 2:17-cv-06770-JLL-SCM

---

## STIPULATION DISMISSING THE ACTION WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** between plaintiff Physicians' Insurance Exchange Resource and defendant Integro USA Inc. as follows:

1. This action is hereby dismissed voluntarily pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. If this action is subsequently re-filed by plaintiff, all defenses based upon any applicable statute of limitations, laches, or other possible time-bars and defenses based in whole or in part on the time elapsed from the accrual of claims against defendant to the filing of an action shall relate back to September 5, 2017, the date on which the original Complaint in this action (Docket No. 1) was filed. In the event this action is re-filed or any other action relating thereto is filed by one of the parties, the parties agree that this action shall constitute the first-filed action.

3. Each party shall bear its own costs.

| | |
|---|---|
| **THE KILLIAN FIRM, P.C.** | **FARRELL & THURMAN, PC** |
| By: */s/* Eugene Killian, Jr. | By: */s/* John Thurman |
|     Eugene Killian (ekillian@tkfpc.com) |     John Thurman (thurman@ftlaw.net) |
| 555 Route 1 South, Suite 540 | 172 Tamarack Circle |
| Iselin, NJ  08830 | Skillman, New Jersey 08558 |
| Tel: (732) 912-2100 | Tel.: (609) 924-1115 |
|   Attorneys for Plaintiff Physicians' Insurance Exchange Resource |   Attorneys for Defendant Integro USA Inc. |